```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION


IN RE:                              )    CASE NO: 06-20250-659
                                    )
DICK W WALDEN                       )
                                    )    CHAPTER 13
VIRGINIA C WALDEN                   )
                                    )
               DEBTOR(S)            )


               LIST OF UNCLAIMED FUNDS AND ENTITIES
                   WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
HANNIBAL QUICK CASH
3324A MARKET                        $            62.83

HANNIBAL MO
141180              63401


                                    /s/ John V. LaBarge, Jr.
                                    ----------------------------------
DATE: January 29, 2010              JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
XC -091                             (314) 781-8100   trust33@ch13stl.com
```